**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 28, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00438-CR

---

### JASON WASHINGTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 482nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1732961**

---

## MEMORANDUM OPINION

Appellant entered a guilty plea to the offense of money laundering. *See* Tex. Penal Code Ann. § 34.02. In accordance with the terms of a plea-bargain agreement with the State, the trial court assessed punishment at confinement for twenty-five years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). When a defendant waives his right of appeal before entering an open plea of guilty, that waiver is binding if it was bargained for. See *Ex parte Broadway*, 301 S.W.3d 694, 697–98 (Tex. Crim. App. 2009). On August 28, 2023, the State filed a motion to dismiss the appeal for want of jurisdiction because appellant waived their right to appeal. On November 15, 2023, appellant filed a response agreeing that the appellant waived his right to appeal and this court lacks jurisdiction.

Accordingly, we grant the motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b)